People v Thompson (2026 NY Slip Op 00478)





People v Thompson


2026 NY Slip Op 00478


Decided on February 03, 2026


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: February 03, 2026

Before: Webber, J.P., Kennedy, Mendez, Rodriguez, Michael, JJ. 


Ind. No. 969/20|Appeal No. 5732|Case No. 2024-00927|

[*1]The People of The State of New York, Respondent,
vMitchell Thompson, Defendant-Appellant.


Jenay Nurse Guilford, Center for Appellate Litigation, New York (Maya S. Stevenson of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Margaret M. Crookston of counsel), for respondent.



An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Abraham L. Clott, J.), rendered January 23, 2024,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 3, 2026
Counsel for appellant is referred to §606.5, Rules of the Appellate Division, First Department.









